**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
*Attorney for Defendant Teran*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00179-RFB-NJK |
| Plaintiff, | |
| vs. | |
| DONALD RAY RUCKER, LORENZO ANTONIO TERAN, and NANCY TERAN | |
| Defendant. | |

**UNOPPOSED MOTION TO CONTINUE NANCY TERAN'S SENTENCING PROCEEDING**

1

## POINTS AND AUTHORITIES

On February 5, 2024, Nancy Teran pleaded guilty pursuant to a written plea agreement to two conspiracy counts involving robbery and carjacking. (*See* ECF No. 50 (COP minutes); 51 (plea agreement).) The plea agreement resolves most sentencing issues. The parties have agreed upon the final adjusted Sentencing Guideline Manual offense level and bars either party from seeking a departure or variance. (*See* Plea Agreement at ¶¶ 14-17.)

As explained in the Presentence Investigation Report (PSR), the agreed upon components translate into a final Guideline range of 70-87 months. (PSR §§ 63, 106.) Probation recommends a seventy-month sentence. (*See id.* at p.27 (Sentencing Recommendation).)

This leads to a relatively uncomplicated sentencing proceeding. Yet, because of press of business and other factors, defendant Nancy Teran respectfully requests the sentencing proceeding be continued for at least two weeks.

That this week both myself and my associate have been focused on a major publishing project that has a firm deadline. The myopic focus on this due date prevented finalizing the preparation for Ms. Teran's sentencing proceeding.

While there are no real contested issues to address during the sentencing, the defense would appreciate further time to ensure that Ms. Teran is prepared for the sentencing and that all needed materials have been acquired and prepared. This is the defense's first request for a continuance.

On April 26, 2024, counsel contacted Assistant United States Attorney David Kiebler and informed him of this request. The government, graciously, does not object to continuing Ms. Teran's sentencing proceeding.

2

1       For these reasons, the defense respectfully requests this Court continue Ms. Teran's
2 sentencing proceeding for not less than two weeks.
3       DATED this 26th day of April, 2024.

                        Respectfully submitted,

                        HOFLAND & TOMSHECK

                        */s/ Joshua Tomsheck*
                        JOSHUA TOMSHECK, ESQ.
                        Counsel for Defendant **TERAN**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD RAY RUCKER,<br>LORENZO ANTONIO TERAN,<br>and<br>NANCY TERAN<br><br>Defendant. | Case No. 2:23-cr-00179-RFB-NJK<br><br>**ORDER** |

Based on the request of counsel, and lack of opposition from the prosecuting attorney, and for good cause appearing, **IT IS ORDERED**, that Defendant, **NANCY TERAN'S** sentencing proceeding, currently set for April 29, 2024, at 10:00 a.m., be continued to **June 4, 2024 at 8:15 a.m. in Courtroom 7C**

Dated this 26th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

4